Case 2:21-cv-00247-LRS    ECF No. 16    filed 03/24/22    PageID.1040    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 24, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EDWIN M.,[1]<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | NO: 2:21-CV-00247-LRS<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

　　　　BEFORE THE COURT is the Defendant's Stipulated Motion for Remand, ECF No. 15. Based on the stipulation of the parties, the Court finds good cause to grant the motion. Accordingly, **IT IS HEREBY ORDERED**:

　　　　1. Defendant's Stipulated Motion for Remand, **ECF No. 15** is **GRANTED**.

　　　　2. This case is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

　　　　3. On remand, the Administrative Law Judge shall: (1) further develop the record; (2) reassess the severity of the claimant's mental impairments; (3)

---

[1] The court identifies a plaintiff in a social security case only by the first name and last initial in order to protect privacy. *See* LCivR 5.2(c).

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

give further consideration to the medical opinions of record and prior administrative findings, consistent with 20 C.F.R. § 416.920c; (4) reevaluate the claimant's residual functional capacity assessment; (5) reassess steps four and vie with the assistance of a vocational expert, if necessary; and (6) issue a new decision.

4. Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

5. Plaintiff's Motion for Summary Judgment, **ECF No. 12**, and the hearing and remaining briefing schedule are **VACATED** as moot.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel. Judgment shall be entered for Plaintiff and the file shall be **CLOSED**.

**DATED** March 24, 2022.

_____
LONNY R. SUKO
Senior United States District Judge

ORDER GRANTING STIPULATED MOTION TO REMAND - 2